UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

October 3, 2008

MEMO TO COUNSEL RE:   180s, Inc., et al. v. Gordini U.S.A., Inc.
                      Civil No. JFM-08-177

Dear Counsel:

A conference call will be held on   October 20, 2008   at 9:00   a.m. to discuss the appropriate schedule in this case.   I ask counsel for plaintiff to initiate the call.

Please confer with one another before the conference about a proposed schedule. To provide a framework for your discussions, I have attached a form scheduling order.

Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements and a copy of a article I wrote entitled "Limiting Deposition Hours - Its Method and Rationale."

Very truly yours,

/s/

J. Frederick Motz
United States District Judge