UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 20, 2008

MEMO TO COUNSEL RE:  180s, Inc., et al. v. Gordini U.S.A., Inc.
Civil No. JFM-08-177

Dear Counsel:

This will confirm the schedule set during the conference held today:

| | |
|---|---|
| May 1, 2009 | Fact discovery deadline |
| May 15, 2009 | Deadline for submission of joint claims construction statement |
| June 3, 2009 | Deadline for submission of plaintiff's initial Markman brief |
| June 19, 2009 | Deadline for submission of defendant's initial Markman brief |
| July 9, 2009 | Deadline for submission of plaintiff's responsive Markman brief |
| July 24, 2009 | Deadline for submission of defendant's responsive Markman brief |
| August 21, 2009 9:30 a.m. | Markman hearing |

This will also confirm the other matters we discussed during the conference.

1. I will ask that the case be assigned to a magistrate judge for a mediation conference within the next three or four months.

2. The expert schedule will be triggered by my ruling on the Markman issues. In general, the schedule will be as follows:

| | |
|---|---|
| Four weeks after my ruling | Deadline for submission of initial Rule 26(a)(2) disclosure reports from the party bearing the burden of proof on a particular issue |
| Three weeks thereafter | Deadline for submission of rebuttal Rule 26(a)(2) |

                        disclosure reports

      Three weeks thereafter          Expert discovery deadline

      Later, we will establish a similar schedule for submission of dispositive motions. For the present we will defer decision on the question of which of you should file the initial dispositive motion.

      Finally, I will not set any limit on the number of fact deposition witnesses. Rather, you will be governed by provisions of the Federal Rules regarding limitations on depositions.

      I could ascertain from the tone of the conference that both of you are approaching this litigation in a very professional way. I very much appreciate that.

                        Very truly yours,


                        /s/


                        J. Frederick Motz
                        United States District Judge