# EXHIBITS 8A-8D

(One CD containing Gordini U.S.A., Inc.'s Markman Video Exhibits 8A through 8D, which is being filed separately with the Clerk of the Court via Hand Delivery)