**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| 180S, INC. and 180S, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | No.: 1:08-cv-00177-JFM |
| | ) | |
| v. | ) | Judge J. Frederick Motz |
| | ) | |
| GORDINI U.S.A., INC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEFENDANT GORDINI'S INTENT TO PRESENT
EXPERT TESTIMONY OF DR. JAMES H. OLIVER AT MARKMAN HEARING**

Defendant Gordini U.S.A. Inc. ("Gordini") hereby notifies the Court of its intent to present testimony of expert Dr. James H. Oliver on subjects including the patents-in-suit, prior art, claim construction at the Markman hearing.  Gordini also may present Dr. Oliver as an expert witness at trial on additional subjects of non-infringement and invalidity.

Dr. Oliver holds a Ph.D. in Mechanical Engineering from Michigan State University, a Masters in Mechanical Engineering from Michigan State University, and a Bachelors in Mechanical Engineering from Union College.  Generally, his areas of expertise are in the fields of mechanical design and product development processes.  For further details, see Dr. Oliver's initial written report (Document 115-7) and *curriculum vitae* (Document 115-8), which were filed with this Court on February 16, 2010 as exhibits to Defendant Gordini's Initial Markman Claim Construction Brief (Document 114).

Pursuant to Fed. R. Civ. P. 26(a)(2), Gordini has served Plaintiffs (180s, Inc. and 180s, LLC) (collectively "180s") with an expert disclosure statement.  *See* Exhibit 1, Defendant Gordini's Expert Disclosure Statement.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 19, 2010 | <u>/s/ Patrick R. Buckler</u> |
| Robert H. Smeltzer | Patrick R. Buckler |
| Lowis & Gellen LLP | Spence & Buckler, P.C. |
| 200 West Adams Street | 100 West Pennsylvania Ave. |
| Suite 1900 | Suite 301 |
| Chicago, Illinois 60606 | Towson, Maryland 21203 |
| Telephone: (312) 364-2500 | Telephone: (410) 823-5003 |
| Fax: (312) 364-1003 | Fax: (443) 927-8905 |
|  | |
|  | Richard P. Beem |
|  | Allison M. Williams |
|  | Beem Patent Law Firm |
|  | 53 W. Jackson Blvd., Suite 1352 |
|  | Chicago, IL 60604 |
|  | Telephone: (312) 201-0011 |
|  | Fax: (312) 201-0022 |
|  |  |
|  | ATTORNEYS FOR DEFENDANT GORDINI, U.S.A., Inc. |